# Exhibit 5

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 16, 2016.

*Anthony Giardina*

Anthony Giardina
Executive Deputy Secretary of State

Rev. 06/13

# CERTIFICATE OF INCORPORATION
# OF
# BAR WORKS 7TH AVENUE INC

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

**BAR WORKS 7TH AVENUE INC**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is NEW YORK.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

BAR WORKS 7TH AVENUE INC
47 WEST 39TH STREET
NEW YORK, NY 10018

I certify that I have read the above statements, I am authorized to sign this Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

RENWICK HADDOW (signature)
RENWICK HADDOW, INCORPORATOR
160 WEST 66TH STREET
33J
New York, NY 10023

**Filed by:**
INNA OREL
1312 KINGS HWY
FL 2
BROOKLYN, NY 11229 .

FILED WITH THE NYS DEPARTMENT OF STATE ON: 01/26/2016
FILE NUMBER: 160126010289; DOS ID: 4885779