# Exhibit 7

15-Jun-16

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G 14Jun16-905
Sequence number  Posting date  Amount

14Jun16-905



**CHASE**

April 30, 2016 through May 31, 2016
Account Number:  1379

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | | 100,000.00 |
| 05/03 | | 0.41 |
| 05/03 | | 0.36 |
| 05/05 | | 74,970.00 |
| 05/05 | Transfer From Sav Xxxxxx7390 | 1,550,000.00 |
| 05/06 | | 125,000.00 |
| 05/06 | | 100,000.00 |
| 05/06 | | 20,000.00 |
| 05/09 | | 50,000.00 |
| 05/09 | | 52.90 |
| 05/10 | | 19.03 |
| 05/11 | | 24,980.00 |
| 05/11 | | 47,000.00 |
| 05/12 | | 75,000.00 |
| 05/13 | | 75,000.00 |
| 05/16 | | 125,000.00 |
| 05/16 | | 50,000.00 |
| 05/16 | | 25,000.00 |
| 05/17 | | 25,000.00 |

