# Exhibit 8

14-Jun-16

14Jun16-906

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G 14Jun16-906
Sequence number   Posting date   Amount

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 30, 2016 through May 31, 2016
Account Number:                 7390

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



BAR WORKS 7TH AVENUE INC
47 W 39TH ST
NEW YORK NY 10018-3801

## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,300,060.44 |
| Deposits and Additions | 4 | 970,023.62 |
| Other Withdrawals | 1 | - 1,550,000.00 |
| Ending Balance | 5 | $720,084.06 |
| Annual Percentage Yield Earned This Period | | 0.08% |
| Interest Paid This Period | | $23.62 |
| Interest Paid Year-to-Date | | $84.06 |

Your monthly service fee was waived because you maintained an average savings balance of $10,000 or more during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,300,060.44 |
| 05/02 | Online Transfer From Chk ...1379 Transaction#: 5367876815 | 200,000.00 | 1,500,060.44 |
| 05/05 | Online Transfer From Chk ...1379 Transaction#: 5375656215 | 60,000.00 | 1,560,060.44 |
| 05/05 | 05/05 Transfer To Chk Xxxxx1379 | - 1,550,000.00 | 10,060.44 |
| 05/27 | Online Transfer From Chk ...1379 Transaction#: 5422382648 | 710,000.00 | 720,060.44 |
| 05/31 | Interest Payment | 23.62 | 720,084.06 |
| | Ending Balance | | $720,084.06 |

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase Platinum Business Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.