# Exhibit 9

15-Jun-16

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G 14Jun16-905
Sequence number  Posting date  Amount

14Jun16-905

## CHASE 

April 30, 2016 through May 31, 2016
Account Number: 1379



### ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | | $200,000.00 |
| 05/03 | | 35,000.00 |
| 05/03 | | 67,150.67 |
| 05/03 | | 0.77 |
| 05/05 | | 60,000.00 |
| 05/06 | 05/06 Wire Transfer Via: Cy Natl Bk LA/122016066 A/C: Old Republic Title Company Ref: Credit To Escrow Number 0227017797 Imad: 0506B1Qgc05C001302 Trn: 5202600126Es | 1,550,000.00 |
| 05/10 | | 80,000.00 |
| 05/10 | | 98,900.00 |
| 05/13 | | 37,500.00 |
| 05/13 | | 29,750.00 |
| 05/13 | | 35,000.00 |
| 05/18 | | 60,000.00 |
| 05/20 | | 250,000.00 |
| 05/27 | | 710,000.00 |
| 05/31 | | 3,750.00 |
| 05/31 | | 5,000.00 |
| 05/31 | | 10,000.00 |
| 05/31 | | 50,000.00 |
| **Total Electronic Withdrawals** | | **$3,282,051.44** |

### OTHER WITHDRAWALS

| DATE | | AMOUNT |
|---|---|---|
| 05/03 | | $106,131.06 |
| **Total Other Withdrawals** | | **$106,131.06** |