# Exhibit 10



# OLD REPUBLIC TITLE COMPANY
A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

275 Battery St., Suite 1500 • San Francisco CA • 94111 • (415) 397-0500 • FAX (415) 397-0199

## ORDER INFORMATION SHEET

**Escrow Number:** 0227017797-MN
**Date Opened:** 05/04/2016
**Property Address:** 615 Sacramento Street, San Francisco, CA 94111

**Estimated Closing Date:**
**Sales Price:** $3,550,000.00

| | | |
|---|---|---|
| **Escrow Agent:** Old Republic Title Company | Phone: (415) 397-0500 | Fax: (415) 397-0199 |
| Address: 275 Battery St., Suite 1500, San Francisco, CA 94111 | Contact: Martha Seno Nakagawa | Escrow #: 0227017797 |

| | | |
|---|---|---|
| **Selling Broker:** Vandermade Commercial Real Estate | | |
| Address: 2324 Market St #1, San Francisco, CA 94114 | Phone: | Fax: |
| **Agent:** Michael Chidambaram | | |
| Additional Address: | Phone: | Email: mike@vandermadesf.com |
| Cell Phone:    Home Phone: | Fax: | Home Fax: |
| **Coordinator:** Elise Gargalikis | Phone: | Email: elise@vandermadesf.com |

| | | |
|---|---|---|
| **Seller:** Jack's Interest, LLC | | |
| Current Address: | Home: | Office: |
| Forwarding Address: | Cell: | Email: |

| | | |
|---|---|---|
| **Buyer:** Bar Works, Inc. | | |
| Current Address: | Home: | Office: |
| Forwarding Address: | Cell: | Email: |

| | | |
|---|---|---|
| **Title Agent:** Old Republic Title Company | Title No.: 0227017797 | |
| Address: 524 Gibson Drive, Roseville, CA 95678 | | |
| Phone No.: (916) 781-4100 | Unit No.: | |

| | | |
|---|---|---|
| **HOA:** | Phone: | Fax: |
| Address: | | |

| | | |
|---|---|---|
| **HOA Management Co: :** | Phone: | Fax: |
| Address: | | |

| | | |
|---|---|---|
| **Insurance Co:** | Phone: | Fax: |
| Address: | Policy: | |
| Agent: | | |

**Notes:**

5/10/16

Per Michael,
pls keep email(s) separate.
B to SB only
S to LB only

5% comm
KIDDER (B)(S) BKR
COLLIERS
VANDERMADE (B)

PJEARTY@EARTHLINK.NET
707 · 738 3464

MN/dd
Order Information Sheet

ORT0001

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

275 Battery St., Suite 1500 • San Francisco CA • 94111 • (415) 397-0500 • FAX (415) 397-0199

## ESCROW TRUST RECEIPT

Receipt No.: 82409　　　　　　　　　　　　　Company No.: 02
Escrow No.: 0227017797-MN　　　　　　　　Office No.: 27
Date: 5/6/2016

Received From: Bar Works, Inc.

Property Address: 615 Sacramento Street San Francisco, CA 94111

Amount: $1,550,000.00

Type of Deposit: Wire

Check No.: N/A

ABA/Wire Confirmation No.: 000712

Transfer From Company No.: N/A　Office No.: N/A　Escrow No.: N/A

Received after Banking Hours? No

Payment of Invoice No.: N/A


By: Daisy DeGuzman

5/6/2016 3:11:44 PM
ORT0009

| INCOMING | Automated Wire Transfer Information | | INCOMING |
|---|---|---|---|

Wire ID    1815318                                    Printed On:  5/6/2016    At:  9:28:00 AM

Escrow Number:         **0227017797R**        Amount:  **1,550,000.00**

Wire Date/Time (PST):  **5/6/2016 2:03:26 AM**

Fed Ref Number:        **20160506-00000712**

Bank:                  **City National**

Bank Account Number:   **013358788**          Last Update Date:   5/6/2016
                                                                  9:27:54 AM
                                              Last Update By:     **DDeGuzman**

County:    **San Francisco County**

Branch:    **Special Projects**

Other Information:

DEBIT VAL: 160506 DEPT:098 CHASE MANHATTAN BANK 4 NEW YORK PLAZA 15 FLR NEW YORK CITY NY COUNTRY OF RESIDENCY: US SNDR REF NUM:5202600126ES ORIG:801561379 CDT ACCOUNT: D013358788 CREDIT VAL: 160506 DEPT:013 OLD REPUBLIC TITLE COMPANY (SAN FRANCISCO ESCROW TRUST ACCT) 1855 GATEWAY BLVD SUITE 200 CONCORD CA 94520 SPECIAL INSTRUCTIONS: ********SEE SQN WORKING COPY ON ALL ORIG: D801561379 BAR WORKS 7TH AVENUE INC 47 W 39TH ST NEW YORK NY 100183801  SRF 5202600126ES CDT NAME: CITY NATIONAL BANK CDT ADDR: LOS ANGELES CA  Sending Bank ABA: 021000021 DBT NAME: CHASE MANHATTAN BANK DBT ADDR: 4 NEW YORK PLAZA 15 FLR OBI CREDIT TO ESCROW NUMBER 0227017797 BNF D013358788 REF NUM: DCD OF 160505 OLD REPUBLIC TITLE COMPANY ORIG TO BNF INFO: CREDIT TO ESCROW NUMBER 0227017797

ORT0010

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

275 Battery St., Suite 1500 • San Francisco • CA • 94111 • (415) 397-0500 • FAX (415) 397-0199

| | |
|---|---|
| Co./Ofc: | 02/27 |
| Buyer: | Bar Works Capital, LLC |
| Seller: | Jack's Interest, LLC, Bistro People, LLC, Investment Property Exchange |
| Property: | 615 Sacramento Street<br>San Francisco, CA 94111 |

| | |
|---|---|
| Escrow No.: | 0227017797 |
| Escrow Officer: | Martha Seno Nakagawa |
| Print Date: | 6/21/2016 |
| Closing Date: | 6/20/2016 |

## LEDGER

| Date | | Rcpt./Chk. No. | Description | I | Debit Amt. | Credit Amt. | Balance |
|---|---|---|---|---|---|---|---|
| 05/06/16 | R | 82409 | Bar Works, Inc. | DD | | 1,550,000.00 | 1,550,000.00 |
| 06/07/16 | R | 82846 | Ardent Financial Fund LP | DD | | 2,005,464.82 | 3,555,464.82 |
| 06/15/16 | R | 82963 | Renwick Robert Haddow FBO Bar Works Capital, LLC | DD | | 74,321.12 | 3,629,785.94 |
| 06/20/16 | A | | Investment Property Exchange Services, Inc. | LC | 1,666,700.16 | | 1,963,085.78 |
| 06/20/16 | A | | Bistro People, LLC | LC | 1,607,832.67 | | 355,253.11 |
| 06/20/16 | W | 0000022211 | Kidder Mathews | NP | 88,750.00 | | 266,503.11 |
| 06/20/16 | W | 0000022212 | Colliers Parrish International, Inc. | NP | 57,687.50 | | 208,815.61 |
| 06/20/16 | W | 0000022213 | Greenberg Traurig | NP | 44,050.00 | | 164,765.61 |
| 06/20/16 | C | 2700151034 | Bar Works Capital, LLC, a California limited liability | LC | 900.13 | | 163,865.48 |
| 06/20/16 | C | 2700151035 | Vandermade | LC | 31,062.50 | | 132,802.98 |
| 06/20/16 | C | 2700151036 | Farallone Pacific | LC | 4,373.33 | | 128,429.65 |
| 06/20/16 | C | 2700151037 | San Francisco County Tax Collector | LC | 21,858.15 | | 106,571.50 |
| 06/20/16 | C | 2700151038 | Associated Agencies Inc. | LC | 500.00 | | 106,071.50 |
| 06/20/16 | C | 2700151039 | AEI Consultants | LC | 4,900.00 | | 101,171.50 |
| 06/20/16 | C | 2700151040 | Vandermade | LC | 5,750.00 | | 95,421.50 |
| 06/21/16 | A | | Franchise Tax Board re: CA-Withholding | LC | 59,107.50 | | 36,314.00 |
| 06/21/16 | V | | ORT Title | LC | 33,149.00 | | 3,165.00 |
| 06/21/16 | V | | ORT Escrow | LC | 3,155.00 | | 10.00 |
| 06/21/16 | V | | Olcese, Lacey | LC | 10.00 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| FUNDS HELD= | 0.00 | SAVINGS= 0.00 | BILLINGS= | 0.00 |
| FUNDS NOT DISBURSED= | 0.00 | | RECEIPTS= | 3,629,785.94 |
| FEES TAKEN= | 36,314.00 | | ADJUSTMENTS= | |
| DISBURSEMENTS= | 3,593,471.94 | | LOSS= | |
| TOTAL= | 3,629,785.94 | | TOTAL= | 3,629,785.94 |

MN/lc

Page 1 of 1

ORT0011