# Exhibit 12

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

275 Battery St., Suite 1500 • San Francisco • CA • 94111 • (415) 397-0500 • FAX (415) 397-0199

| Co./Ofc: | 02/27 | Escrow No.: | 0227017797 |
|---|---|---|---|
| Buyer: | Bar Works Capital, LLC | Escrow Officer: | Martha Seno Nakagawa |
| Seller: | Jack's Interest, LLC, Bistro People, LLC, Investment Property Exchange | Print Date: | 6/21/2016 |
| Property: | 615 Sacramento Street | Closing Date: | 6/20/2016 |
| | San Francisco, CA 94111 | | |

## LEDGER

| Date | | Rcpt./Chk. No. | Description | I | Debit Amt. | Credit Amt. | Balance |
|---|---|---|---|---|---|---|---|
| 05/06/16 | R | 82409 | Bar Works, Inc. | DD | | 1,550,000.00 | 1,550,000.00 |
| 06/07/16 | R | 82846 | Ardent Financial Fund LP | DD | | 2,005,464.82 | 3,555,464.82 |
| 06/15/16 | R | 82963 | Renwick Robert Haddow FBO Bar Works Capital, LLC | DD | | 74,321.12 | 3,629,785.94 |
| 06/20/16 | A | | Investment Property Exchange Services, Inc. | LC | 1,666,700.16 | | 1,963,085.78 |
| 06/20/16 | A | | Bistro People, LLC | LC | 1,607,832.67 | | 355,253.11 |
| 06/20/16 | W | 0000022211 | Kidder Mathews | NP | 88,750.00 | | 266,503.11 |
| 06/20/16 | W | 0000022212 | Colliers Parrish International, Inc. | NP | 57,687.50 | | 208,815.61 |
| 06/20/16 | W | 0000022213 | Greenberg Traurig | NP | 44,050.00 | | 164,765.61 |
| 06/20/16 | C | 2700151034 | Bar Works Capital, LLC, a California limited liability | LC | 900.13 | | 163,865.48 |
| 06/20/16 | C | 2700151035 | Vandermade | LC | 31,062.50 | | 132,802.98 |
| 06/20/16 | C | 2700151036 | Farallone Pacific | LC | 4,373.33 | | 128,429.65 |
| 06/20/16 | C | 2700151037 | San Francisco County Tax Collector | LC | 21,858.15 | | 106,571.50 |
| 06/20/16 | C | 2700151038 | Associated Agencies Inc. | LC | 500.00 | | 106,071.50 |
| 06/20/16 | C | 2700151039 | AEI Consultants | LC | 4,900.00 | | 101,171.50 |
| 06/20/16 | C | 2700151040 | Vandermade | LC | 5,750.00 | | 95,421.50 |
| 06/21/16 | A | | Franchise Tax Board re: CA-Withholding | LC | 59,107.50 | | 36,314.00 |
| 06/21/16 | V | | ORT Title | LC | 33,149.00 | | 3,165.00 |
| 06/21/16 | V | | ORT Escrow | LC | 3,155.00 | | 10.00 |
| 06/21/16 | V | | Olcese, Lacey | LC | 10.00 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| **FUNDS HELD=** | 0.00 | **SAVINGS=** | 0.00 | **BILLINGS=** | 0.00 |
| **FUNDS NOT DISBURSED=** | 0.00 | | | **RECEIPTS=** | 3,629,785.94 |
| **FEES TAKEN=** | 36,314.00 | | | **ADJUSTMENTS=** | |
| **DISBURSEMENTS=** | 3,593,471.94 | | | **LOSS=** | |
| **TOTAL=** | 3,629,785.94 | | | **TOTAL=** | 3,629,785.94 |

MN/lc             Page 1 of 1                                    ORT0011