# Exhibit 13

```
Escrow No.:  0227017797
      APN:   0240-014
    Situs:
           615 Sacramento St
```

RECORDING REQUESTED BY:
OLD REPUBLIC TITLE COMPANY

GRANT DEED

This is to certify that this is a true and correct copy of the original document recorded on JUNE 20, 2016 at 8:49 AM as No. 2016-K275655 in the County of SAN FRANCISCO.

Old Republic Title Company

BY: _____

WHEN RECORDED, MAIL THIS DEED AND ALL TAX STATEMENTS TO:

Bar Works Capital, LLC
160 W 66th Street, Apt. 33J
New York, NY 10023

APN: __0240-014__

(Space Above for Recorder's Use)

The undersigned hereby declares: The amount of documentary transfer tax due is $ 26,625.00 *_____, computed on the full value of the property; the amount of $_____ represents the county transfer tax and the amount of $_____ represents the city transfer tax.
*City and County Transfer Tax

## GRANT DEED

**JACK'S INTEREST, LLC**, a California limited liability company, and **BISTRO PEOPLE, LLC**, a California limited liability company, (collectively, as tenants-in-common, "**Grantor**"), for good and valuable consideration paid in hand to Grantor by Bar Works Capital, LLC, a California limited liability company ("**Grantee**"), the receipt and sufficiency of which are hereby acknowledged, has GRANTED AND CONVEYED, and by these presents does hereby GRANT AND CONVEY unto Grantee all of Grantor's right, title and interest in and to that certain parcel of land located in San Francisco County, California and legally described in **Exhibit A** attached hereto, together with all buildings, improvements and fixtures located thereon and owned by Grantor as of the date hereof and all right, title and interest, if any, that Grantor may have in and to all rights, privileges and appurtenances pertaining thereto including all of Grantor's right, title and interest, if any, in and to all rights-of-way, open or proposed streets, alleys, easements, strips or gores of land adjacent thereto (herein collectively called the "**Real Property**").

This conveyance is made by Grantor and accepted by Grantee subject to all covenants, conditions, restrictions, and other matters of record in the office of the County Recorder of San Francisco County, California, all matters which an inspection or survey of the Property would disclose, all applicable laws and ordinances and all taxes and assessments not yet due and payable, known or unknown (collectively, the "**Permitted Exceptions**").

TO HAVE AND TO HOLD the Real Property together with all improvements located thereon all and singular the rights and appurtenances thereto in anywise belonging, subject to the Permitted Exceptions, unto Grantee, its legal representatives, successors and assigns forever.

*[signature pages follow]*

1

IN WITNESS WHEREOF, this Deed has been executed by Grantor as June 16th, 2016, to be effective as of June _____, 2016.

GRANTOR:

JACK'S INTEREST, LLC,
a California limited liability company

By: _____
Name: Gary Jabara
Title: CEO

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    )
County of San Francisco )

On June 16, 2016, before me, Gary Jabara, personally appeared, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_____
Signature (Seal)

VICTORIA ROSE CARDONA
COMM. #2089456
Notary Public - California
Orange County
My Comm. Expires Nov. 9, 2018

See attached
*[Signatures continue on following page]*

2

ACTIVE/85992819.2

ORT0086

BISTRO PEOPLE, LLC,<br>
a California limited liability company<br>
<br>
By: _____<br>
Name: Philippe Leanty<br>
Title: Manager

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California   )

County of San Francisco)

On June _____, 2016, before me, _____, personally appeared, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


_____

Signature (Seal)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of __California__

County of __Orange__

On __June 16, 2016__ before me, __Victoria Rose Cardona__ a Notary Public, personally appeared __Gary Tabara__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: __Victoria Rose Cardona__

Name: __Victoria Rose Cardona__
(typed or printed)

VICTORIA ROSE CARDONA
COMM. #2089456
Notary Public - California
Orange County
My Comm. Expires Nov. 9, 2018

(Seal)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Napa

On 06.16.2016 before me, Lacey Olcese a Notary Public,
personally appeared Phillippe Serge, Painti
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____

Name: Lacey Olcese
(Typed or Printed)

LACEY OLCESE
COMM. # 2095927
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXP. JAN. 3, 2019

(Seal)

EsInitials

## Exhibit A

### Real Property

The land referred to is situated in the County of San Francisco, City of San Francisco, State of California, and is described as follows:

Beginning at a point on the Southerly line of Sacramento Street, distant thereon 114 feet 6 inches Westerly from the Westerly line of Montgomery Street; running thence Westerly along said line of Sacramento Street 23 feet; thence at a right angle Southerly 68 feet 9 inches; thence at a right angle Easterly 23 feet; thence at a right angle Northerly 68 feet 9 inches to the point of beginning.

Being a portion of 50 Vara Block No. 71.

Assessor's Lot 014; Block 0240