ANDREW M. CALAMARI (N.Y. Bar No. 2068807)
calamaria@sec.gov
SANDEEP SATWALEKAR (NY Bar No. 4339248)
satwalekars@sec.gov
JUDITH A. WEINSTOCK (NY Bar No. 2877504)
weinstockj@sec.gov
JOHN J. GRAUBARD (N.Y. Bar No. 1517150)
graubardj@sec.gov
MAUREEN P. KING (N.Y. Bar No. 4119376)
kingmp@sec.gov
ELIZABETH REILLY GOODY (N.Y. Bar No.4687463)
goodye@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
Tel.: 212-336-0084
Fax: 212-336-1323

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> BAR WORKS CAPITAL, LLC, <br><br> Defendant. | Case No. C-3:17-cv-4396-EMC <br><br> **[PROPOSED ORDER ALLOWING SERVICE ON SECRETARY OF STATE** <br><br> **No Noticed Hearing Date** |

This matter came before the Court upon the *ex parte* Motion of Plaintiff Securities and Exchange Commission (the "Commission") for the issuance of an Order allowing service on Defendant Bar Works Capital, LLC ("Capital") by personal service on the California Secretary of State pursuant to California Corporations Code § 17701.16(c).

The Court, having considered the Commission' Motion and the Memorandum in Support, the Declaration of John J. Graubard and the exhibits thereto in support, and all proceedings heretofore

had before the Court, finds that:

A.   The Commission has made a sufficient and property showing in support of the relief granted herein, in that (1) the registered agent for service on Capital has resigned and (2) service of process cannot be reasonably had by other means.

B.   The conditions of California Corporations Code § 17701.16(c) have been met, and it is appropriate for the Court to enter an Order allowing service on Capital by personal service on the California Secretary of State.

I.

IT IS HEREBY ORDERED that the Commission be and hereby is authorized pursuant to California Corporations Code § 17701.16(c) to serve Capital with process and other papers in this action by personal service upon the California Secretary of State as provided in such statute.

II.

IT IS FURTHER ORDERED that upon making such service upon the California Secretary of State the Commission shall promptly serve a copy of such documents upon the sole member of Capital, Renwick Haddow. Such service shall be made to him at his current place of detention in Morocco or such other address as he may later be located until he is returned to the United States.

IT IS SO ORDERED.

Dated:   October 17, 2017

APPROVED

Judge Edward M. Chen